UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-81042-RS

**NELSON FERNANDEZ**,
Plaintiff,

vs.

**SKILLETS, LLC, a Florida limited liability company,**
Defendant.
_______________________________/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff NELSON FERNANDEZ, by and through his undersigned Counsel, and SKILLETS, LLC, a Florida limited liability company, hereby gives joint notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days from the date of filing this Notice to finalize their settlement agreement and to thereafter file the dismissal paper.

Dated: September 13, 2024.

Respectfully submitted,

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
4800 N. Hiatus Road
Sunrise, FL 33351
T. 954/362-3800
954/362-3779 (Facsimile)
Email: rhannah@rhannahlaw.com

By *s/ Roderick V. Hannah*
RODERICK V. HANNAH
Fla. Bar No. 435384

**LAW OFFICE OF PELAYO DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
T. 305/266-9780
305/269-8311 (Facsimile)
Email: pduran@pelayoduran.com

By *s/ Pelayo M. Duran*
PELAYO M. DURAN
Fla. Bar No. 0146595

**SAWGRASS LAW, PLLC**
Counsel for Defendant
4420 3rd Ave. E.
Bradenton, FL 34208-5484
T. 941-238-6936
Cell. 239-293-6358
941/296-8618 (Facsimile)
Email: Sedlund@SawgrassLawFlorida.com

By__*s/ Stephen G. Edlund*________________
STEPHEN G. EDLUND
(*Pending Admission*)
Fla. Bar No. 1025383